IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

Klutchtech Direct and TianTuFeiYiKeJi (Foshan) YouXianGongSi a/k/a STARGEAR-US

       Plaintiffs,  :  Case No. 1:24-cv-08019-AKH

    -against-  :

Shenzhen Starlink Origin Network Technology Co., Ltd. and Yong Xu a/k/a CHGRNLF Direct

       Defendants.  :

------------------------------------X

## REQUEST FOR AN ADJOURNMENT OF THE STATUS CONFERENCE

Plaintiffs respectfully request a two-week postponement of the April 4, 2025 Status conference for the Parties to finalize their settlement agreement.

The Parties have agreed in principle on all key terms of a settlement agreement and need more time to reduce them to writing.

Dated: 03/31/2025

BY: /s/lance liu
   Lance Liu, Esq.
   15 Minuteman Circle
   Southbury, CT 06488
   Bar No. 3002946
   Email: lanceliu2000@gmail.com
   Phone: (203)706-9536

   **Attorney for Plaintiffs**

A suggestion of settlement having been made, this case is dismissed, subject to restoration by either party within 30 days on notice. All pending court dates are cancelled. The Clerk is directed to close the case.

*[signature]*
Alvin K. Hellerstein, U.S.D.J.
Date: 4/1/25

1

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2025, a copy of the foregoing document was sent electronically to all counsels of records via ECF system.

Dated: 03/31/2025

/s/lance liu
BY: Lance Liu, Esq.
15 Minuteman Circle
Southbury, CT 06488
Bar No. 3002946
Email: lanceliu2000@gmail.com
Phone: (203)706-9536

Attorney for Plaintiffs